IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STOCKMENS BANK, a Colorado corporation;<br><br>          Plaintiff,<br><br>vs.<br><br>LIME, LLC, a Nebraska limited liability company;<br><br>          Defendant. | **4:25CV3005**<br><br>**ORDER FOR CONSOLIDATION** |
| STOCKMENS BANK, a Colorado corporation;<br><br>          Plaintiff,<br><br>vs.<br><br>ZACHARY BOSLE, individually and doing business as HASTINGS AG;<br><br>          Defendant. | **4:25CV3009**<br><br>**ORDER FOR CONSOLIDATION** |

This matter is before the court on the parties' Joint Stipulation and Motion to Consolidate Lawsuits in 4:25-cv-3005 and 4:25-cv-3009. Having reviewed the matter, the court finds consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted and the parties' motion to consolidate these cases for all purposes will be granted. Accordingly,

    IT IS ORDERED:

1. The parties' joint motions to consolidate in Case No. 4:25-cv-3005, Filing No. 52, and in Case No. 4:25-cv-3009, Filing No. 30, are granted.

2. The two above-captioned cases are consolidated for all purposes.

3. Case No 4:25-cv-3005 will be designated as the "Lead Case" and Case No. 4:25-cv-3009 will be designated as "Member Case."

4. The court's CM/ECF system has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. The parties are instructed to file all further documents (except as described below in subsections a. and b. of this paragraph) in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

    a. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal. Attempting to do so will cause a system error, and therefore these documents must be separately filed in each of the lead and member cases. When filing such documents, counsel may either file the document separately in each case, or file the document in the Lead Case and ask the court to then file it in all member cases.

    b. If a party believes a document in addition to those described in subparagraph a. should not be filed in the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

Dated this 9th day of July, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge